CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MARGARITO GALLARDO,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-07-431-GEB |
| | ) | |
|         Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
|   v. | ) | |
| | ) | |
| MARGARITO GALLARDO, | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for April 11, 2008, be continued to May 2, 2008, at 9:00 a.m.

This continuance is sought by defense counsel for the following reasons:  counsel was appointed to represent this defendant on March 21, 2008; Government disseminated document discovery on March 26 and March 31, 2008; and, discovery is being reviewed and investigation needs assessed.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through May 2, 2008, to provide

-1-

1   reasonable time for defense preparation of the case, pursuant to 18

2   U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

3

4   Dated:  April 9, 2008                   /s/ Candace A. Fry
                                       CANDACE A. FRY, Attorney for
5                                       MARGARITO GALLARDO, Defendant

6

7   Dated:  April 9, 2008              McGREGOR W. SCOTT
                                       United States Attorney
8
                                        /s/ Candace A. Fry for
9                                       JILL THOMAS, Assistant United
                                       States Attorney
10
                                       (Signed for Ms. Thomas with
11                                      her prior authorization)

12

13                          **O R D E R**

14

15  IT IS SO ORDERED.

16  Dated:  April 9, 2008

17

18  _____
    GARLAND E. BURRELL, JR.
19  United States District Judge

20

21

22

23

24

25

26

27

28