1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MARGARITO GALLARDO,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR.S-07-431-GEB
                                )
12           Plaintiff,          )   **STIPULATION AND ORDER CONTINUING**
                                )   **STATUS CONFERENCE AND EXCLUDING**
13     v.                       )   **TIME**
                                )
14 MARGARITO GALLARDO,          )
                                )
15           Defendant.          )
                                )
16 _____ )

17

18

19     It is hereby stipulated and agreed by and between the parties

20 hereto, through their respective counsel, that the status conference

21 presently scheduled in this matter for May 2, 2008, be continued to May

22 30, 2008, at 9:00 a.m.

23     This continuance is sought by defense counsel for the following

24 reasons:  counsel was appointed to represent this defendant on March

25 21, 2008; Government disseminated document discovery on March 26 and

26 March 31, 2008; and, discovery is being reviewed and investigation

27 needs assessed.  Accordingly, the parties agree that time under the

28 Speedy Trial Act shall be excluded through May 30, 2008, to provide

-1-

1 | reasonable time for defense preparation of the case, pursuant to 18
2 | U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

Dated: April 29, 2008                    /s/ Candace A. Fry
                                         CANDACE A. FRY, Attorney for
                                         MARGARITO GALLARDO, Defendant


Dated: April 29, 2008                    McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Candace A. Fry for
                                         JILL THOMAS, Assistant United
                                         States Attorney

                                         (Signed for Ms. Thomas with
                                         her prior authorization)


**O R D E R**


IT IS SO ORDERED.

Dated: April 30, 2008


_____
GARLAND E. BURRELL, JR.
United States District Judge