1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MARGARITO GALLARDO,
5  Defendant

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR.S-07-431-GEB
                                )
12           Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                )  **STATUS CONFERENCE AND EXCLUDING**
13      v.                      )  **TIME**
                                )
14 MARGARITO GALLARDO,          )
                                )
15           Defendant.         )
                                )
16 _____)

17

18

19      It is hereby stipulated and agreed by and between the parties

20 hereto, through their respective counsel, that the status conference

21 presently scheduled in this matter for May 30, 2008, be continued to

22 June 27, 2008, at 9:00 a.m.

23      This continuance is sought by defense counsel for the following

24 reasons: defense and Government are engaged in plea negotiations.

25 Accordingly, the parties agree that time under the Speedy Trial Act

26 shall be excluded through May 30, 2008, to provide reasonable time for

27 defense preparation of the case, pursuant to 18 U.S.C.

28 §3161(h)(8)(B)(iv) (Local Code T4).

-1-

1  Dated: May 28, 2008                              /s/ Candace A. Fry
                                                   CANDACE A. FRY, Attorney for
2                                                  MARGARITO GALLARDO, Defendant

3

4  Dated: May 28, 2008                             McGREGOR W. SCOTT
                                                   United States Attorney
5
                                                    /s/ Candace A. Fry for
6                                                  JILL THOMAS, Assistant United
                                                   States Attorney
7
                                                   (Signed for Ms. Thomas with
8                                                  her prior authorization)

9

10                                **O R D E R**

11

12 IT IS SO ORDERED.

13 Dated:  May 29, 2008

14

15                                 _____
                                   GARLAND E. BURRELL, JR.
16                                 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

-2-