CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MARGARITO GALLARDO,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-431-GEB |
| Plaintiff, | |
| v. | APPLICATION AND ORDER REQUIRING JAIL TO ALLOW DEFENDANT TO MAKE INTERNATIONAL TELEPHONE CALL |
| MARGARITO GALLARDO, | |
| Defendant. | |

   Defendant Margarito Gallardo, by and through his attorney, makes the following application to the Court:

   1.  The defendant is presently in federal custody at the Sacramento County Jail and has been incarcerated for approximately six months.

   2.  The defendant's domestic partner, Sandra Andrade, and the couple's minor child reside in Michoacan, Mexico, where the family farms on government subsidized, collective farm land.  The defendant is the individual authorized by the collective of seven farming families to receive annual cash subsidies, seed and supplies.  Ms. Andrade requires guidance from the defendant to cope with continuing the

-1-

subsidy program for the benefit of the collective.  She is presently in Tijuana, Mexico, with relatives who have telephone service and awaits the defendant's telephone call and advice.

3.  The telephones at the jail accessible to inmates do not accept international calling cards.  Other telephones can be made available to the defendant if this Court so directs.

4.  Counsel for the Government has no objection to this application.

5.  Accordingly, it is requested that this Court direct the Sheriff of Sacramento County to provide the defendant with access to a telephone on which he can make one call to Mexico.

Dated:  June 3, 2008                    Respectfully submitted,


                                         /s/ CANDACE A. FRY
                                        CANDACE A. FRY, Attorney for
                                        MARGARITO GALLARDO, Defendant


**O R D E R**

   Good cause appearing, IT IS HEREBY ORDERED that the Sheriff of Sacramento County, or his agent or employee, consistent with security procedures, allow defendant MARGARITO GALLARDO, CX No. 4408778 (6W 102A), access to a telephone on which he can place a call to his domestic partner in Tijuana, Mexico, for at least 20 minutes or for such longer time as the Sheriff may allow.  This order is contingent

///
///
///

-2-

1  upon the defendant's use of an international telephone calling card so
2  that there will be no long distance costs to the County of Sacramento.
3
4  Dated:  June 4, 2008.

_____
U.S. MAGISTRATE JUDGE

-3-