1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MARGARITO GALLARDO,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR.S-07-431-GEB
                                )
12            Plaintiff,        )  **STIPULATION AND ORDER CONTINUING**
                                )  **STATUS CONFERENCE AND EXCLUDING**
13      v.                      )  **TIME**
                                )
14 MARGARITO GALLARDO,          )
                                )
15            Defendant.        )
                                )
16 _____)

17

18

19      It is hereby stipulated and agreed by and between the parties

20 hereto, through their respective counsel, that the status conference

21 presently scheduled in this matter for June 27, 2008, be continued to

22 July 25, 2008, at 9:00 a.m.

23      This continuance is sought by defense counsel for the following

24 reasons: defense and Government remain engaged in plea negotiations.

25 Accordingly, the parties agree that time under the Speedy Trial Act

26 shall be excluded through July 25, 2008, to provide reasonable time for

27 defense preparation of the case, pursuant to 18 U.S.C.

28 §3161(h)(8)(B)(iv) (Local Code T4).

-1-

1 | Dated: June 26, 2008                     /s/ Candace A. Fry
2 |                                          CANDACE A. FRY, Attorney for
  |                                          MARGARITO GALLARDO, Defendant
3 |
4 | Dated: June 26, 2008                     McGREGOR W. SCOTT
  |                                          United States Attorney
5 |
6 |                                          /s/ Candace A. Fry for
  |                                          JILL THOMAS, Assistant United
  |                                          States Attorney
7 |
8 |                                          (Signed for Ms. Thomas with
  |                                          her prior authorization)
9 |
10 |                          **O R D E R**
11 |
12 | IT IS SO ORDERED.
13 | Dated:  June 27, 2008

GARLAND E. BURRELL, JR.
United States District Judge

-2-