1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MARGARITO GALLARDO,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. CR.S-07-431-GEB
                                   )
12            Plaintiff,            )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE AND EXCLUDING**
13      v.                          )  **TIME**
                                   )
14 MARGARITO GALLARDO,              )
                                   )
15            Defendant.            )
                                   )
16 _____  )

17

18

19      It is hereby stipulated and agreed by and between the parties

20 hereto, through their respective counsel, that the status conference

21 presently scheduled in this matter for July 25, 2008, be continued to

22 August 29, 2008, at 9:00 a.m.

23      This continuance is sought by defense counsel for the following

24 reasons: defense and Government remain engaged in plea negotiations.

25 Accordingly, the parties agree that time under the Speedy Trial Act

26 shall be excluded through August 29, 2008, to provide reasonable time

27 for defense preparation of the case, pursuant to 18 U.S.C.

28 §3161(h)(8)(B)(iv) (Local Code T4).

-1-

| | | |
|---|---|---|
| 1 | Dated: July 23, 2008 | /s/ Candace A. Fry |
| 2 | | CANDACE A. FRY, Attorney for MARGARITO GALLARDO, Defendant |
| 3 | | |
| 4 | Dated: July 23, 2008 | McGREGOR W. SCOTT United States Attorney |
| 5 | | |
| 6 | | /s/ Candace A. Fry for JILL THOMAS, Assistant United States Attorney |
| 7 | | |
| 8 | | (Signed for Ms. Thomas with her prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated:  July 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge