1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone: (916) 446-9322
   FAX: (916) 446-0770
4
   Attorney for MARGARITO GALLARDO,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR.S-07-431-GEB
                                    )
12           Plaintiff,              )  **STIPULATION AND ORDER CONTINUING**
                                    )  **STATUS CONFERENCE AND EXCLUDING**
13      v.                           )  **TIME**
                                    )
14 MARGARITO GALLARDO,              )
                                    )
15           Defendant.              )
                                    )
16 _____ )

17

18

19      It is hereby stipulated and agreed by and between the parties

20 hereto, through their respective counsel, that the status conference

21 presently scheduled in this matter for August 29, 2008, be continued to

22 September 19, 2008, at 9:00 a.m.

23      This continuance is sought by defense counsel for the following

24 reasons: defense and Government remain engaged in plea negotiations.

25 Accordingly, the parties agree that time under the Speedy Trial Act

26 shall be excluded through September 19, 2008, to provide reasonable

27 time for defense preparation of the case, pursuant to 18 U.S.C.

28 §3161(h)(8)(B)(iv) (Local Code T4).

-1-

Dated: August 28, 2008                               /s/ Candace A. Fry
                                             CANDACE A. FRY, Attorney for
                                             MARGARITO GALLARDO, Defendant


Dated: August 28, 2008                       McGREGOR W. SCOTT
                                             United States Attorney

                                              /s/ Candace A. Fry for
                                             JILL THOMAS, Assistant United
                                             States Attorney

                                             (Signed for Ms. Thomas with
                                             her prior authorization)


**O R D E R**

IT IS SO ORDERED.

Dated:  August 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge