CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MARGARITO GALLARDO,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-07-431-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| | ) | |
| v. | ) | |
| | ) | |
| MARGARITO GALLARDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for September 19, 2008, 2008, be continued to September 26, 2008, at 9:00 a.m. at which time the parties contemplate a change of plea.

   This continuance is sought by defense counsel for the following reasons: on this date defense and Government arrived at a tentative plea agreement; one additional week is needed for defense counsel to have further discussion with the defendant via a Spanish language interpreter. Accordingly, the parties agree that time under the Speedy

-1-

1  Trial Act shall be excluded through September 26, 2008, to provide
2  reasonable time for defense preparation of the case, pursuant to 18
3  U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

Dated: September 18, 2008

   /s/ Candace A. Fry
CANDACE A. FRY, Attorney for
MARGARITO GALLARDO, Defendant

Dated: September 18, 2008

McGREGOR W. SCOTT
United States Attorney

   /s/ Candace A. Fry for
JILL THOMAS, Assistant United
States Attorney

(Signed for Ms. Thomas with
her prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated:   September 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-