CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for MARGARITO GALLARDO,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARGARITO GALLARDO,<br><br>          Defendant. | No. CR.S-07-431-GEB<br><br>**STIPULATION AND ORDER MODIFYING TERMS OF SUPERVISED RELEASE** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the terms of the 60-month term of supervised release imposed upon defendant Margarito Gallardo by The Honorable Garland E. Burrell, Jr., United States District Judge, on December 12, 2008, shall be modified as follows:

> Upon release from the custody of the Bureau of Prisons, the defendant shall be allowed to return to his home country of Mexico and to serve the term of supervised release while residing there, on the condition that each time he re-enters the United States he shall report to the United States Probation Office in the Central District of California within 72 hours.

-1-

1  This modification has been approved by the Probation Office in this District.  The defendant's Probation Officer in the Central District of California does not object.

4  The defendant is now 63 years of age and is a naturalized citizen of the United States with dual Mexican citizenship by birth.  The purpose of this modification is to allow him to reunite with his domestic partner and their minor child, who are Mexican citizens, and to again provide for their support by farming in Mexico as when the family resided together prior to the defendant's arrest and incarceration.

Dated: February 5, 2010

　　　/s/ Candace A. Fry
CANDACE A. FRY, Attorney for
MARGARITO GALLARDO, Defendant

Dated: February 5, 2010

BENJAMIN B. WAGNER,
United States Attorney

　　　/s/ Candace A. Fry for
JILL THOMAS, Assistant United
States Attorney

(Signed for Ms. Thomas with her prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated:  February 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge